# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 12, 2021

## NO. 03-20-00431-CV

**Scientific Machine & Welding, Inc., Appellant**

**v.**

**FlashParking, Inc., Appellee**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA
### DISSENTING OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 3, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.